**Order entered February 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01189-CR
No. 05-14-01190-CR

**MICHAEL DOWDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F88-86404-M, F88-89370-M**

## ORDER

On January 28, 2015, we granted appellant's motion to supplement the record and ordered the Dallas County District Clerk to file supplemental clerk's records containing appellant's April 26, 2012 pro se "Motion for DNA Testing." Counsel attached to the motion to supplement a copy of the motion bearing the April 26, 2012 file-stamp of the Dallas County District Clerk. The Court now has before it correspondence from the Dallas County District Clerk stating the document isn't located "onbase."

Accordingly, we **ORDER** the trial court to conduct a hearing to determine the following:

- Whether the Dallas County District Clerk can locate the pro se "Motion for DNA Testing" that bears the District Clerk's April 26, 2012 file-stamped date.

- If the Dallas County District Clerk cannot locate the April 26, 2012 pro se "Motion for DNA Testing," the trial shall determine whether the parties can, by written stipulation, deliver a copy of the April 26, 2012 pro se "Motion for DNA Testing" to the trial court clerk for inclusion in supplemental clerk's records. *See* TEX. R. APP. P. 34.5(e).

- If the trial court determines that the parties cannot, by written stipulation, deliver a copy of the April 26, 2012 pro se "Motion for DNA Testing" to the trial court clerk for inclusion in supplemental clerk's records, the trial court shall determine what constitutes an accurate copy of the April 26, 2012 pro se "Motion for DNA Testing" and order that it be included in supplemental clerk's records. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, its findings of fact, any stipulations and orders, any supporting documentation, and the copies of the April 26, 2012 pro se "Motion for DNA Testing," as set out above.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received.

/s/     ADA BROWN  
        JUSTICE